# EXHIBIT F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ETDO PRODUCTIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ALFREDO CRUZ, MICHELE ROSSI, MICHELE HUDAK, MARISA NAQUIN, SONYA BOURGEOIS, LISETTE BAYLE, RENEE PASTOR, and DISCO AMIGOS SOCIAL AID AND PLEASURE CLUB, <br><br> Defendants. <br><br> DISCO AMIGOS SOCIAL AID AND PLEASURE CLUB, <br><br> Counterclaimant, <br><br> v. <br><br> ETDO PRODUCTIONS, LLC, JERRY LENAZ, and FRANCOIS CAMENZULI, <br><br> Counter-Defendants. | CIVIL ACTION NO. 19-CV-13184-ILRL-DMD <br><br> JUDGE IVAN L.R. LEMELLE <br><br> MAGISTRATE JUDGE DANA M. DOUGLAS |

## DECLARATION OF MICHELE HUDAK

1. I, Michele Hudak, am over the age of eighteen and competent to testify to the matters set forth in this Declaration.

2. I have personal knowledge of the facts set forth herein.

3. I am a named defendant in the above-captioned action.

4. I have been a member of DASAPC since 2014 and am still a member in good standing.

5. I served on the board of directors of DASAPC from 2016-2018 and again was approved as Secretary-elect at the July 2019 board of directors meeting, and assumed that role on September 1, 2019 to date.

1

6. I am currently a member of the Executive Committee of DASAPC serving as Secretary.

7. For several years beginning in 2017, I negotiated contracts between DASAPC and various vendors on behalf of DASAPC to hold crawfish boils as a thank you to members and to solicit new members. ETDO was not involved in this negotiation.

8. In 2019, I solicited a venue for DASAPC to hold a roller-skating party with various vendor locations. ETDO was not involved in these solicitations.

9. At a board meeting I attended on August 17, 2016, Francois Camezuli ("Camenzuli") presented an ETDO Disco Amigos Production Services Agreement and asked the board to sign off on it individually as board members.

10. The board of directors was not given a copy of the market study or the raw data.

11. In voting in favor of the production services agreement, I relied upon Camenzuli's representation that the cost of services of ETDO were competitive, discounted and/or under market rates.

12. At the August 17, 2016 board meeting and on many other occasions, Camenzuli stated that he and Jerry Lenaz would recuse themselves from any vote concerning ETDO and that therefore, the board's concerns that there was a conflict of interests between Camenzuli/Lenaz/ETDO and DASAPC were unfounded.

DocuSigned by:

_M. Hudak_
—616A252B44664FA...
MICHELE HUDAK
8/24/2020

2