UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ETDO PRODUCTIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ALFREDO CRUZ, MICHELE ROSSI, MICHELE HUDAK, MARISA NAQUIN, SONYA BOURGEOIS, LISETTE BAYLE, RENEE PASTOR, and DISCO AMIGOS SOCIAL AID AND PLEASURE CLUB,<br><br>Defendants.<br><br>DISCO AMIGOS SOCIAL AID AND PLEASURE CLUB,<br><br>Counterclaimant,<br><br>v.<br><br>ETDO PRODUCTIONS, LLC, JERRY LENAZ, and FRANCOIS CAMENZULI,<br><br>Counter-Defendants. | CIVIL ACTION NO. 19-CV-13184-ILRL-DMD<br><br>JUDGE IVAN L.R. LEMELLE<br><br>MAGISTRATE JUDGE DANA M. DOUGLAS |

## DECLARATION IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT

I, **STEVEN M. HANNAN**, declare:

1.  I am a counsel of record for the Counterclaimant/Third-Party Plaintiff Disco Amigos Social Aid and Pleasure Club ("DASAPC") in the above-captioned action, and so I am familiar with the file, records, and pleadings in this matter and, if called and sworn as a witness, could and would competently testify thereto.

2.  I provide this Declaration in support of the Motion for Entry of Default of Jerry Lenaz.

-1-

3. DASAPC filed its Counterclaims [Doc. 30] (the "Counterclaims") on January 10, 2020 against Counter-Defendant/Third-Party Defendant Jerry Lenaz ("Lenaz").

4. Lenaz was personally served with an Issued Summons [Doc. 31], which issued on January 22, 2020, and a copy of the Counterclaims on March 22, 2020 at 3999 Dumaine Street, New Orleans, Louisiana 70119. A copy of the Returned Summons was filed into the record on March 24, 2020 as Rec. Doc. 35.

5. Lenaz filed a pre-answer Motion to Dismiss Defendants' Counterclaims [Doc. 33] (the "Motion") for lack of jurisdiction on March 22, 2020.

6. The Court **DENIED** the Motion in its entirety by Order [Doc. 43] (the "Order") on July 7, 2020, and the Order was put into the record on July 10, 2020.

7. In light of the Order and in the absence of any further order, Lenaz had fourteen (14) days to file a responsive pleading pursuant to Federal Rule 12(a)(4)(A).

8. More than fourteen (14) days have elapsed since the Order denied the entirety of the Motion of Lenaz.

9. Lenaz has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure and, therefore, is now in default.

10. Lenaz is not a minor or an incompetent person.

11. Lenaz is not currently in the military service.

12. DASAPC requests that the clerk of court enter default against Lenaz.

I declare under the penalty of perjury, pursuant to the laws of the United States, that the information set forth herein is materially true and correct.

**Executed this 26th day of August 2020.**

_____
STEVEN M. HANNAN