UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ETDO PRODUCTIONS, L.L.C. | CIVIL ACTION |
| VERSUS | NO. 19-13184 |
| ALFREDO CRUZ, ET AL. | SECTION "B" (3) |

### ORDER

Before the Court is a motion to expedite. [Doc. #60].

The motion is granted.

**IT IS ORDERED** that the **Motion to Compel and for Sanctions Against Disco Amigos Social Aid and Pleasure Club [Doc. #59]** is **SET FOR SUBMISSION ON THE BRIEFS** before the undersigned Magistrate Judge on **Wednesday, September 9, 2020**. Any memorandum in opposition shall be filed **no later than Monday, September 7, 2020 at 12:00 p.m.**, and any reply memorandum shall be filed **no later than Wednesday, September 9, 2020 at 12:00 p.m.**

New Orleans, Louisiana, this 31st day of August, 2020.

_____
**DANA M. DOUGLAS**
**UNITED STATES MAGISTRATE JUDGE**