UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**ETDO PRODUCTIONS, LLC**         **CIVIL ACTION**

**VERSUS**                        **NO. 19-13184**

**ALFREDO CRUZ, ET AL**           **SECTION: "B"(3)**

## ORDER

**IT IS ORDERED** that the in-person pretrial conference scheduled on **Thursday, October 1, 2020** at **2:00 p.m**. will be held via telephone due to safety and health conditions arising from the COVID-19 pandemic and related standing orders of the *en banc* court. Counsel shall call in via telephone at **(888) 684-8852,** access code **8374480#.**

New Orleans, Louisiana this 31st day of August, 2020.

_____
SENIOR UNITED STATES DISTRICT JUDGE