**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ETDO PRODUCTIONS LLC** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-13184** |
| **ALFREDO CRUZ, ET AL** | **SECTION "B"(3)** |

**ORDER**

**IT IS ORDERED** that plaintiff and third-party defendants' Ex Parte Motion for Leave to File Reply in Support of Motion for Summary Judgment (Rec. Doc. 58) is **DENIED** as unnecessary.

New Orleans, Louisiana this 16th day of September, 2020

_____
SENIOR UNITED STATES DISTRICT JUDGE

1