UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ETDO PRODUCTIONS LLC | CIVIL ACTION |
| VERSUS | NO. 19-13184 |
| ALFREDO CRUZ, ET AL | SECTION "B"(3) |

**ORDER**

**IT IS ORDERED** that the telephonic pretrial conference scheduled for Thursday, October 1, 2020 at 2:00 p.m. is **CONTINUED** to **Tuesday, October 13, 2020** at **9:30 a.m.** Counsel shall call via telephone at **(888) 684-8852**, access code **8374480#**.

**IT IS FURTHER ORDERED** that the parties resubmit a joint proposed pre-trial order **no later than Tuesday, October 6, 2020**.

The foregoing actions result from the parties' failure to comply with the standing pretrial instructions requiring submission of one pretrial order that incorporates all parties positions. That matter will be discussed further during the rescheduled pretrial conference.

New Orleans, Louisiana this 1st day of October 2020

_____
SENIOR UNITED STATES DISTRICT JUDGE

1