UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ETDO PRODUCTIONS, LLC**,<br><br>Plaintiff,<br><br>v.<br><br>**ALFREDO CRUZ**, **MICHELE ROSSI**, **MICHELE HUDAK**, **MARISA NAQUIN**, **SONYA BOURGEOIS**, **LISETTE BAYLE**, **RENEE PASTOR**, and **DISCO AMIGOS SOCIAL AID AND PLEASURE CLUB**,<br><br>Defendants.<br><br>**DISCO AMIGOS SOCIAL AID AND PLEASURE CLUB**,<br><br>Counterclaimant,<br><br>v.<br><br>**ETDO PRODUCTIONS, LLC**, **JERRY LENAZ**, and **FRANCOIS CAMENZULI**,<br><br>Counter-Defendants. | **CIVIL ACTION NO. 19-CV-13184-ILRL-DMD**<br><br>**JUDGE IVAN L.R. LEMELLE**<br><br>**MAGISTRATE JUDGE DANA M. DOUGLAS** |

**DEFENDANTS' MOTION FOR LEAVE TO FILE MOTION IN LIMINE OUT OF TIME AND FOR AN EXPEDITED RULING ON THE MOTION IN LIMINE**

**COMES NOW**, Defendants Disco Amigos Social Aid and Pleasure Club, Alfredo Cruz, Michele Rossi, Michele Hudak, Marisa Naquin, Sonya Bourgeois, Lisette Bayle, and Renee Pastor (collectively the "Non-Profit"), by and through undersigned counsel, and who respectfully request this Honorable Court to grant this motion for leave to file a motion *in limine* out of time and for an expedited ruling on the motion *in limine*. The proposed motion *in limine* accompanies this filing.

-1-

In support thereof:

1. Discovery closed on September 1, 2020.

2. The deadline for motions *in limine* was September 21, 2020.

3. The parties separately submitted proposed pre-trial orders on September 28, 2020.

4. The Court ordered the parties to resubmit a joint proposed pre-trial order on or before October 6, 2020.

5. A final pre-trial conference is set for October 13, 2020.

6. Trial is set for October 26, 2020.

7. But on October 6, 2020, after exchanging revisions beforehand, counsel for Plaintiff filed the "Joint" Proposed Pre-Trial Order [Doc. 85], which comprises a section substantially modified by Plaintiff, without first circulating the modified section to counsel for the Non-Profit. In that substantially modified section, Plaintiff for the first time alleged new material facts and introduced new legal theories that have not been alleged in ANY of Plaintiff's pleadings or motions. The new alleged material facts and new legal theories were never even part of the first proposed pre-trial order filed by Plaintiff.

8. The accompanying motion *in limine* seeks to exclude any argument, witness testimony, documentary evidence, or other reference to the new alleged material facts and new legal theories set forth by Plaintiff for the first time in the "Joint" Proposed Pre-Trial Order [Doc. 85].

9. As discussed in accompanying motion *in limine*, the Non-Profit is prejudiced by Plaintiff's eleventh-hour actions and would be severely prejudiced if Plaintiff is able to introduce these new material "facts" and new legal theories during trial.

10. The time to brief said motion however exceeds the trial date.

**WHEREFORE**, the Non-Profit respectfully requests that this Court hear the proposed motion *in limine* on an expedited basis.

**RESPECTFULLY SUBMITTED** this 12th day of October 2020.

/s/ *Thomas S. Keaty*
Thomas S. Keaty (#7666) – TA
KEATY LAW FIRM LLC
365 Canal Street, Suite 2410
New Orleans, Louisiana 70130
(504) 524-2100
tskeaty@keatypatentfirm.com

-and-

/s/ *Steven M. Hannan*
Steven M. Hannan (#33878)
Hannan, Giusti & Hannan L.L.P.
2201 Ridgelake Drive
Metairie, Louisiana 70001
(504) 831-5300
steven@hghlaw.com

*Attorneys for ALFREDO CRUZ, MICHELE ROSSI, MICHELE HUDACK, MARISA NAQUIN, SONYA BOURGEOIS, LISETTE BAYLE, RENEE PASTOR and DISCO AMIGOS SOCIAL AID AND PLEASURE CLUB*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 12, 2020 a copy of the above and foregoing DEFENDANTS' MOTION FOR LEAVE TO FILE MOTION IN LIMINE OUT OF TIME AND FOR AN EXPEDITED RULING ON THE MOTION IN LIMINE was served upon all known counsel of record via the Court's CM/ECF electronic filing system.

By: /s/ *Thomas S. Keaty*
    **THOMAS S. KEATY**