UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ETDO PRODUCTIONS, LLC**, <br><br> Plaintiff, <br><br> v. <br><br> **ALFREDO CRUZ**, **MICHELE ROSSI**, **MICHELE HUDAK**, **MARISA NAQUIN**, **SONYA BOURGEOIS**, **LISETTE BAYLE**, **RENEE PASTOR**, and **DISCO AMIGOS SOCIAL AID AND PLEASURE CLUB**, <br><br> Defendants. <br><br> **DISCO AMIGOS SOCIAL AID AND PLEASURE CLUB**, <br><br> Counterclaimant, <br><br> v. <br><br> **ETDO PRODUCTIONS, LLC**, **JERRY LENAZ**, and **FRANCOIS CAMENZULI**, <br><br> Counter-Defendants. | **CIVIL ACTION NO. 19-CV-13184-ILRL-DMD** <br><br> **JUDGE IVAN L.R. LEMELLE** <br><br> **MAGISTRATE JUDGE DANA M. DOUGLAS** |

### DEFENDANTS' MOTION IN LIMINE

**COMES NOW**, Defendants Disco Amigos Social Aid and Pleasure Club, Alfredo Cruz, Michele Rossi, Michele Hudak, Marisa Naquin, Sonya Bourgeois, Lisette Bayle, and Renee Pastor (collectively the "Non-Profit"), by and through undersigned counsel, and who respectfully request this Honorable Court to grant this motion *in limine* to exclude any argument, witness testimony, documentary evidence, or other reference to the new alleged material facts and new legal theories set forth by Plaintiff for the first time in the "Joint" Proposed Pre-Trial Order [Doc. 85].

-1-

For reasons more fully explained in the accompanying Memorandum in Support, the Non-Profit's motion *in limine* should be granted.

The Non-Profit also asks that leave be granted for filing this motion out of time because it concerns new matter raised last week for the first time, and for an expedited ruling on this motion because the trial date is October 26, 2020 and the time to brief would exceed the trial date.

**RESPECTFULLY SUBMITTED** this 12th day of October 2020.

/s/ *Thomas S. Keaty*
Thomas S. Keaty (#7666) – TA
KEATY LAW FIRM LLC
365 Canal Street, Suite 2410
New Orleans, Louisiana 70130
(504) 524-2100
tskeaty@keatypatentfirm.com

-and-

/s/ *Steven M. Hannan*
Steven M. Hannan (#33878)
Hannan, Giusti & Hannan L.L.P.
2201 Ridgelake Drive
Metairie, Louisiana 70001
(504) 831-5300
steven@hghlaw.com

*Attorneys for ALFREDO CRUZ, MICHELE ROSSI, MICHELE HUDACK, MARISA NAQUIN, SONYA BOURGEOIS, LISETTE BAYLE, RENEE PASTOR and DISCO AMIGOS SOCIAL AID AND PLEASURE CLUB*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 12, 2020 a copy of the above and foregoing DEFENDANTS' MOTION IN LIMINE was served upon all known counsel of record via the Court's CM/ECF electronic filing system.

By: /s/ *Thomas S. Keaty*
**THOMAS S. KEATY**