

Jessica Vasquez <jvasquez@vasquezlawoffice.com>

## Second Draft of Joint PTO
1 message

**Jessica Vasquez** <jvasquez@vasquezlawoffice.com>      Sat, Oct 3, 2020 at 6:06 PM
To: Steven Hannan <steven@hghlaw.com>, Thomas Keaty <tskeaty@keatypatentfirm.com>

```
Steven and Thomas-

Since the Judge canceled pretrial conference order because a proper Pretrial order wasn't submitted, I expect you will be
more engaged and responsive to creating a single document for submission according the pre-trial notice.  Please
contact me before 12 noon on Monday if there are any items to discuss so we can resolve them with enough time to file a
cohesive document for the Judge. I have tried to correct some of the issues but I need to address the overall problems
with the JPTO that are not in line with the Pre-Trial Notice.

1) We are required to provide a single listing of uncontested and contested facts only (not law).
We need to merge the two lists. I would like for you to review our facts and if they are
contested simply lift and move it to the contested portion of the JPTO. I have tried to do that
but there are some facts you've restated that start with "even if" and I cannot tell if you are
making an argument stipulating to a fact.

2) The law you cite in your fact portion should go under the single listing of contested issues
of law and this list should combine your contested issues of law along with Plaintiff's. I am not
sure why you have it under the fact portion.

We will be making some additional changes to the summary section as well but with so many edits
needed in the fact and law sections I thought it would be best to get it back to you as soon as
possible so you can correct those. That should not affect any of the edits that need to be made.

3) Also, because of the competing interests over the name "Disco Amigos" it is very confusing to
use it as the abbreviation for the 501(c). Please choose any other name besides "Disco Amigos" as
it makes it hard to keep the parties straight.

4) I have also attached the Exhibit with  Plaintiff's objections to your Exhibits along with
items that you need to review.

There are several objections you have lodged to Plaintiff's exhibits that are included in your
Exhibit list. If you are going to use the same exhibit at trial you should not have an objection
noted. Please let me know if you are going to withdraw your objection.

5) The Magistrate's office contacted us regarding setting a settlement conference which we
confirmed for 10/7.  We appreciate your clients' willingness to participate in a settlement
conference with Magistrate Dana Douglas. We are hopeful the Defendants' attitude and seriousness
towards these settlement discussions have matured since our attempts last fall to reach a
reasonable conclusion.

I look forward to hearing back from you promptly.

Jessica Vasquez
--
Jessica M. Vásquez
VASQUEZ LAW OFFICE
400 Poydras Street
Ste. 900
New Orleans, LA 70130
t: 504/ 571.9582
f: 504/ 684.1449
jvasquez@vasquezlawoffice.com
```

Exhibit 1