# Jason Broecker

| | |
|---|---|
| **From:** | Jason Broecker |
| **Sent:** | Monday, October 5, 2020 8:23 PM |
| **To:** | Jessica Vasquez |
| **Cc:** | Thomas Keaty; Steven Hannan; Bella Safro |
| **Subject:** | Civil Action No. 19-13184 - Third Revision of Joint Proposed PTO |
| **Attachments:** | 20-1005-3D_REV_JOINT_PROPOSED_PTO-D19-4233.doc; 20-1005-REDLINE-3D_REV_JOINT_PROPOSED_PTO-D19-4233.doc |

Ms. Vasquez,

Thank you for circulating, on Saturday evening, your revision of the joint proposed pretrial order. We reviewed the revision and accepted all redline changes and complied with your comments (e.g., moving facts from uncontested to contested) to the best of our knowledge and ability, and then deleted the comments as they became moot. From there, we made new redline edits for corrections, style, clarity and the like. Attached are the clean copy and the redline of the revised joint proposed pretrial order. In our opinion, it would be easier to redline the clean copy going forward. We await your return revision.

With kind regards,

Jason D. Broecker
Keaty Law Firm LLC
One Canal Place
365 Canal Street, Suite 2410
New Orleans, LA  70130
504-524-2100 – Office
504-524-2105 – Facsimile

Re: D19-4233

# Exhibit 2