UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ETDO PRODUCTIONS, LLC**, <br><br> Plaintiff, <br><br> v. <br><br> **ALFREDO CRUZ, MICHELE ROSSI, MICHELE HUDAK, MARISA NAQUIN, SONYA BOURGEOIS, LISETTE BAYLE, RENEE PASTOR**, and **DISCO AMIGOS SOCIAL AID AND PLEASURE CLUB**, <br><br> Defendants. <br><br> **DISCO AMIGOS SOCIAL AID AND PLEASURE CLUB**, <br><br> Counterclaimant, <br><br> v. <br><br> **ETDO PRODUCTIONS, LLC**, **JERRY LENAZ**, and **FRANCOIS CAMENZULI**, <br><br> Counter-Defendants. | **CIVIL ACTION NO. 19-CV-13184-ILRL-DMD** <br><br> **JUDGE IVAN L.R. LEMELLE** <br><br> **MAGISTRATE JUDGE DANA M. DOUGLAS** |

## ORDER

**CONSIDERING** Defendants' Motion for Leave to File Motion in Limine Out of Time and for an Expedited Ruling on the Motion in Limine ("Motion") in the above-captioned matter, and for good cause shown, the Court grants the Motion;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**; and that Defendants' Motion in Limine is entered into the record with leave and is expedited to be heard on October \_\_\_\_, 2020, making any memorandum in opposition due on or before October \_\_\_\_, 2020 and any reply memorandum due on or before October \_\_\_\_, 2020.

-1-

-2-

New Orleans, Louisiana, this \_\_\_\_ day of October 2020.

                                                **IVAN L.R. LEMELLE**
                                                **UNITED STATES DISTRICT JUDGE**