**MINUTE ENTRY**  
**LEMELLE, J.**  
**OCTOBER 13, 2020**

JS10(01:00)

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ETDO PRODUCTIONS, LLC** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-13184** |
| **ALFREDO CRUZ, ET AL** | **SECTION "B"(3)** |

A pretrial conference was held today to discuss an opposed pretrial order submission and issues for the upcoming trial by video. Attorney Jessica Vasquez was present for Plaintiff ETDO Productions, LLC and Counter-Defendants Francois Camenzulli and Attorneys Jerry Lenaz, and Thomas Keaty, II and Steven Hannah were present for Defendants and Counter-Plaintiffs Alfredo Cruz, Michelle Rossi, Michelle Hudak, Marisa Naquin, Sonya Bourgeois, Lisette Bayle, Renee Pastor, and Disco Amigos Social Aid and Pleasure Club. The bench trial by video will proceed on **Monday, October 26, 2020** at **9:00 a.m.** and is expected to last 4 days but may be reduced to 2 days, pending this Court's decision to bifurcate the issues of ownership, lack of use, and damages. Accordingly,

    **IT WAS ORDERED that:**

1. **No later than Thursday, October 15, 2020,** parties shall submit their final proposed pretrial order. Each party must limit their statement of material facts to no longer than

1

    3 pages for each side. Failure to abide by this Order may lead to sanctions against both parties in view of parties' failure on two attempts to confect a pretrial order that's compliant with the standing court instructions;

2. The defendants' pending "Motion in Limine to Preclude Certain Evidence and Testimony" (Rec. Doc. 78) and "Ex Parte Motion for Leave to File Motion in Limine Out of Time, Motion to Expedite Ruling on the Motion in Limine" (Rec. Doc. 87) are **DENIED WITHOUT PREJUDICE** to reconsideration at trial;

3. **No later than Monday, October 19, 2020,** parties shall jointly file all written stipulations consistent with today's conference;

4. **No later than Monday, October 19, 2020,** parties shall file any redacted deposition testimony and expert reports that are submitted pursuant to joint agreement of all parties in lieu of live testimony. Will-call witnesses expected for live testimony by video must be subpoenaed and prepared by parties to connect by video when called and sequestered from other witnesses. Counsel shall be responsible to assist in all the foregoing, including reporting any suspected violations. The subpoenas that have been served to any witness prior to trial shall be deemed ongoing for the remainder of trial and future trial dates without need

of reissuance, pending this Court's decision on bifurcation;

5. **No later than Monday, October 19, 2020,** parties' counsel shall provide the Court with an electronic copy of all numbered exhibits to be introduced at trial as well as an index for the exhibits. The exhibits shall be sent to the Court's email address, [efile-Lemelle@laed.uscourts.gov](mailto:efile-Lemelle@laed.uscourts.gov), in portable document format ("PDF"), or, if the PDF is too large, the exhibits should be saved on a USB thumb or flash drive and mailed to the Court in sufficient time to be received by that date. Those exhibits should be numbered sequentially with a single numbering system (not Plaintiff Exhibit #1, etc., and Defendant Exhibit #2, etc.). Exhibits to which there are no objections shall be listed first on an exhibit index and should appear first in the PDF copy of the exhibits sent to the Court. Exhibits to which there are objections shall be listed next in the index and placed next in the PDF copy of exhibits sent to the Court. The basis for objections should be briefly stated in a footnote. Counsel shall consult and confer on the preparation of the exhibit list with an emphasis on narrowing the exhibits. Counsel shall further confer to ensure that witnesses have access to the exhibits during

   the trial. Demonstrative exhibits, if any, must be exchanged between counsel by the foregoing date;

6. **No later than Monday, October 19, 2020,** proposed findings of fact and conclusions of law may be e-filed to the Court;

7. Opening statements are unnecessary unless otherwise urged by either party at beginning of the trial. In such a case, each side will be allowed 5 minutes for opening statements. The Court shall decide upon a later time how much time shall be reserved for closing statements, e.g. possibly 20 minutes per side;

**No later than Monday, October 19, 2020,** the Judicial Assistant to the undersigned will email lead counsel with video connection instructions and related information. Lead counsel shall notify their clients and witnesses with the latter instructions, assuring also that everyone will be prepared to connect into the video trial only when called upon to do so. Violations of the Rule of Sequestration may lead to sanctions.

_____
SENIOR UNITED STATES DISTRICT JUDGE