UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ETDO PRODUCTIONS, LLC** | * | |
| | * | **CIVIL ACTION NO.:** |
| **Plaintiff,** | | |
| | * | |
| -against- | * | **2:19-cv-13184-ILRL-DMD** |
| | * | |
| **ALFREDO CRUZ, MICHELLE ROSSI,** | * | **JURY TRIAL** |
| **MICHELLE HUDAK, MARISA** | * | |
| **NAQUIN, SONYA BOURGEOIS,** | * | |
| **LISETTE BAYLE, RENEE PASTOR,** | * | |
| **AND DISCO AMIGOS SOCIAL AID** | * | |
| **AND PLEASURE CLUB** | * | |
| **Defendants.** | * | |
| | * | |
| **DISCO AMIGOS SOCIAL AID AND** | * | |
| **PLEASURE CLUB,** | * | |
| **Counterclaimant** | * | |
| | * | |
| -against- | * | |
| | * | |
| **ETDO PRODUCTIONS, LLC, JERRY** | * | |
| **LENAZ, and FRANCOIS CAMENZULI,** | * | |
| **Counter-Defendants** | * | |
| | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DESIGNATION OF EXPERTS AND DISCLOSURE OF EXPERT TESTIMONY PURSUANT TO RULES 26(a)(2) AND (b)(4) OF THE FEDERAL RULES OF CIVIL PROCEDURE

Plaintiff, ETDO Productions, LLC, Jerry Lenaz, and Francois Camenzuli, hereby designate expert witnesses in accordance with the Federal Rules of Civil Procedure and Local

Rules of this Court and states that the following individuals may be called to provide expert testimony on behalf of the Plaintiff:

I.      **RETAINED EXPERTS**

>   Robert V Luby, III, LLC
>   433 Metairie Road, Suite 102
>   Metairie, LA 70005
>   (504) 621-6389

Mr. Luby's report and curriculum vitae are being served upon Defendant. Mr. Luby may be called to testify regarding the financial accounting between ETDO Productions, LLC and Disco Amigos Social Aid and Pleasure Club, and financial accounting of the Disco Amigos Social Aid and Pleasure Club

>   Respectfully submitted,
>
>   VASQUEZ LAW OFFICE
>
>   _/s/Jessica Vasquez_
>   Jessica M. Vasquez (27124)
>   400 Poydras Street, Ste. 900
>   New Orleans, LA 70130
>   Telephone: (504) 571-9582
>   Facsimile: (504) 684-1449
>   Email: jvasquez@vasquezlawoffice.com
>   **ATTORNEY FOR PLAINTIFF AND JERRY LENAZ AND FRANCOIS CAMENZULI.**

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on July 2, 2020, a copy of Plaintiff's Expert Designations was served on the following attorney via e-mail and U.S. Mail first class postage prepaid as follows:

Steven M. Hannan
Hannan, Giusti & Hannan L.L.P.
2201 Ridgelake Drive
Metairie, Louisiana 70001

Thomas S. Keaty
Keaty Law Firm
One Canal Place, Suite 2410
365 Canal Street
New Orleans, LA  70130

                                                 */s/Jessica Vasquez*_____
                                                **Jessica M. Vasquez (27124)**

# Robert V. Luby, III ("TREY")



### Contact Information
433 Metairie Road, Suite 311
Metairie, LA 70005
Direct:   (504) 621-6389
FAX:     (504) 324-0212
Email:    trey.luby@lubyllc.com
Website:  www.lubyllc.com

### Education
University of Southern Mississippi, Bachelors of Science in Business Administration-Accounting (December 1999)

### Certifications
Certified Forensic Financial Analyst-Financial Litigation

Certified Fraud Examiner

### Professional Memberships
National Association of Certified Valuators and Analysts

Association of Certified Fraud Examiners

### Civic Organizations
*Young Leadership Council*-Past Finance Committee Member

*New Orleans Chapter of the Association of Certified Fraud Examiners*-Past Treasurer

*Advantage NOLA Tennis Association*-President

## Summary of Professional Experience
Trey Luby is Director of Robert V. Luby, III, LLC providing economic damage and forensic accounting services. Prior to establishing his own practice in 2010, Trey was Senior Manager with regional C.P.A. firm LaPorte Sehrt Romig Hand ("Laporte") serving in the Consulting Services practice section located in Metairie, Louisiana. He specialized in economic damage calculations, personal injury, forensic accounting, and fraud investigations. He joined LaPorte in 2006 subsequent to managing the Tax and Consulting Department of a small, local C.P.A. firm located in the Central Business District of New Orleans, Louisiana.

## Summary of Engagements
Trey's consulting experience assists clients with business interruption calculations, lost profits analysis, economic damage modeling and personal injury engagements. He has assisted in matters involved in litigation for both plaintiffs and defendants as well in a consulting capacity for non-litigation engagements.

Trey's forensic accounting and fraud investigation efforts focus on assisting clients in the analysis of financial, accounting, and tax data in establishing or quantifying damages related to suspected fraud, shareholder disputes, and earnings management.

Trey also has over a decade of experience in the areas of tax preparation and accounting both in being hands-on as well as supervising staff and others in achieving client goals. This experience includes:
- Preparation of Federal and State tax returns including individual, corporate, partnership, and payroll returns;
- Provided accounting support services for the manufacturing, contracting, retail, professional services, healthcare, restaurants, and telecommunications industries among others; and,
- Experience using various versions of QuickBooks accounting software.

## Summary of Selected Clients
Either through his own practice or through his affiliation with other firms, Trey has been involved with:

- Developed the economic model used to distribute approximately $100 million in federal and state grant proceeds to twenty-five local healthcare facilities and provide monitoring and reporting of compliance with regulatory requirements
- Developed data mining techniques and provide a risk analysis assessment for seven million financial transactions that resulted in excess of fifty Suspicious Activity Reports being filed
- Assisted Counsel with contract and billing analysis of a publicly traded marine company resulting in a multi-million dollar determination
- Provided financial analysis services to a local financial institution related to the outsourcing of banking processes and the changing of the core processing provider
- Has assisted in various capacities on over 1,000 economic damage calculations related to the BP Oil Spill

## Expert Witness Testimony
- Succession of Rosalie B. Linder, 24th Judicial District Court for the Parish of Jefferson, No. 471-804 (2013)
- Schmidt v. Schmidt, 24th Judicial District Court for the Parish of Jefferson, No. 656-712 (2015)
- Joseph McCloskey, et al. v. Higman Barge Lines, et al. 34th JDC, No. 14-1303, Div "A" (2016)

## Summary of Speaking and Publishing Opportunities
- *L.S.U. Beta Alpha Psi (2009)* - Forensic Accounting as a Career Path
- *U.N.O. Beta Alpha Psi (2009)* - The Role of the Economic Damages Expert
- *Med Job Louisiana (May 2009)* - Planning For Your Next Business Disaster
- *New Orleans Association of Legal Administrators (2008)* - Internal Controls and the Legal Profession
- *Tulane University (2008)* - Guest Lecturer, Senior Accounting Forum - Fraud and Internal Controls

**Robert V. Luby, III, LLC**
Forensic Accounting : Consulting Services
433 Metairie Road, Suite 102
Metairie, Louisiana 70005
Direct: (504) 621-6389
Fax: (504) 324-0212

www.lubyllc.com
trey.luby@lubyllc.com

July 2, 2020

Jessica Vasquez, Esquire
Vasquez Law Office
400 Poydras Street, Suite 900
New Orleans, LA 70130

**RE: DISCO AMIGOS MATTER**

Dear Ms. Vasquez:

I, Robert V. Luby, III, declare in accordance with Rule 26 of the Federal Rules of Civil Procedure that I have not authored any publications within the last ten years.

I expect to be compensated for my work according at my normal hourly billing rates for engagements such as this at $200 per hour.

Attached is my CV.

Please let me know if you have any additional questions.

Sincerely,
Robert V. Luby, III, LLC

Trey Luby
*Certified Fraud Examiner*
*Master Analyst Financial Forensics*

*Director*

**Robert V. Luby, III, LLC**
Forensic Accounting : Consulting Services
433 Metairie Road, Suite 102
Metairie, Louisiana 70005
Direct: (504) 621-6389
Fax: (504) 324-0212

www.lubyllc.com
trey.luby@lubyllc.com

September 8, 2019

Abid Hussain, Esquire
Hussain Law, LLC
400 Poydras Street, Suite 900
New Orleans, LA 70130

**RE: DISCO AMIGOS MATTER**

Dear Abid:

I have been retained by Hussain Law, LLC on behalf of your client, ETDO Productions, LLC ("ETDO"), to inspect and analyze certain financial transactions between ETDO and a related entity Disco Amigos Social Aid and Pleasure Club ("Disco Amigos") including how they relate to an asset purchase by ETDO in December 2018.

**BACKGROUND**

Disco Amigos is a non-profit organization with a business arrangement with for-profit entity ETDO Productions.

This arrangement calls for Disco Amigos to pay ETDO a monthly fee for use of certain ETDO property including production equipment and vehicles.

In December 2018, ETDO purchased a truck for $7,500.

Jerry Lenaz and Francois Camenzuli are two of the four owners of ETDO and also have decision making responsibilities within Disco Amigos.

**DOCUMENTS REVIEWED**

The following documents have been considered in the aforementioned analysis:

1. Financial and Accounting Data contained within the XERO Accounting platform for Disco Amigos including General Ledger detail for the period beginning March 2014 through the report date;

2. Bank Statements for Disco Amigos for Capital One account ending 8644 for the period June 1, 2017 through August 31, 2019:

3. Monthly Transaction Statements from Paypal for Disco Amigos for Merchant Account ID ending 9ADRE for the period June 1, 2017 through June 30, 2019;

4. Production Services Agreement between Disco Amigos and ETDO effective June 1, 2016;

5. Board Minutes dated 6/15/16 approving the June 1, 2016 Production Services Agreement;

6. Production Services Agreement between Disco Amigos and ETDO effective June 1, 2017;

7. Board Minutes dated 7/26/2017 approving the June 1, 2017 Production Services Agreement;

8. Certain sales documents related to the purchase of a truck by ETDO in December 2018; and,

9. Conversations with Jerry Lenaz and Francois Camenzuli.

**ANALYSIS**

**Storage Fees**

For the period beginning March 1, 2014 through this report date, the general ledger shows the following transaction history associated with the Storage Fees account and payments from Disco Amigos to ETDO:

| Month | Amount Paid | Month | Amount Paid |
|---|---|---|---|
| March 2014 | $0.00 | | |
| April 2014 | $0.00 | | |
| May 2014 | $0.00 | | |
| **Total** | **$0.00** | | |
| | | | |
| June 2014 | $0.00 | June 2015 | $0.00 |
| July 2014 | $0.00 | July 2015 | $0.00 |
| August 2014 | $0.00 | August 2015 | $600.00 |
| September 2014 | $0.00 | September 2015 | $0.00 |
| October 2014 | $0.00 | October 2015 | $100.00 |
| November 2014 | $0.00 | November 2015 | $0.00 |
| December 2014 | $0.00 | December 2015 | $0.00 |
| January 2015 | $0.00 | January 2016 | $0.00 |
| February 2015 | $0.00 | February 2016 | $0.00 |
| March 2015 | $450.00 | March 2016 | $0.00 |
| April 2015 | $0.00 | April 2016 | $1,200.00 |
| May 2015 | $0.00 | May 2016 | $0.00 |

| | Total | $450.00 | Total | $1,900.00 |
|---|---|---|---|---|
| | **Month** | **Amount Paid** | **Month** | **Amount Paid** |
| | June 2016 | $0.00 | June 2018 | $1,000.00 |
| | July 2016 | $800.00 | July 2018 | $1,000.00 |
| | August 2016 | $800.00 | August 2018 | $1,000.00 |
| | September 2016 | $800.00 | September 2018 | $0.00 |
| | October 2016 | $800.00 | October 2018 | $0.00 |
| | November 2016 | $800.00 | November 2018 | $0.00 |
| | December 2016 | $800.00 | December 2018 | $7,000.00 |
| | January 2017 | $800.00 | January 2019 | $3,000.00 |
| | February 2017 | $800.00 | February 2019 | $0.00 |
| | March 2017 | $2,400.00 | March 2019 | $1,400.00 |
| | April 2017 | $1,600.00 | April 2019 | $4,200.00 |
| | May 2017 | -$800.00 | May 2019 | $0.00 |
| | **Total** | **$9,600.00** | Total | **$14,000.00** |
| | June 2017 | $0.00 | June 2019 | $0.00 |
| | July 2017 | $2,400.00 | July 2019 | $0.00 |
| | August 2017 | $0.00 | August 2019 | $0.00 |
| | September 2017 | $0.00 | September 2019 | $0.00 |
| | October 2017 | $407.18 | **Total** | **$0.00** |
| | November 2017 | $0.00 | | |
| | December 2017 | $0.00 | | |
| | January 2018 | $6,000.00 | | |
| | February 2018 | $1,000.00 | | |
| | March 2018 | $1,000.00 | | |
| | April 2018 | $1,000.00 | | |
| | May 2018 | $0.00 | | |
| | **Total** | **$11,807.18** | | |

Prior to April 2016, my understanding is that storage and equipment usage fees were paid informally on an event by event basis.

The detail for the April 2016 payment noted above reflects a payment of $1,200 dollars with the notation being for the months January through June 2016.  The equates to $200 per month storage fee paid including for the month June 2016.

The Production Services Agreement beginning June 2016 calls for payments of $800 per month.

Total Storage Fee payments for the fiscal year beginning June 2016 total $9,600 which would be the expected amount ($800 per month x 12 months) except it fails to account for the $200 amount previously credited to June 2016 as part of the April 2016 payment.

As a result, at the conclusion of the 2016 fiscal year, Disco Amigos has a credit on account of $200 with ETDO.

The Production Services Agreement beginning June 2017 calls for $1,000 per month; however, a $2,400 payment is reflected in July 2017 with no corresponding information provided to indicate what months this should be applied.  I have assumed this to be a payment meant to pay three months at $800 per month per the June 2016 terms although it appears to be an extraneous payment given that all amounts currently owed under this agreement have been paid.

Accordingly, Disco Amigos has a revised credit on account of $2,600 at the conclusion of the 2016 fiscal year.

Aside from the $2,400 mentioned above there was a payment of $407.18 related to a Lowes transaction which I take to be separate and apart from the normal, expected course of transactions under these circumstances and not related to the monthly agreement between parties.

The first payments under the June 2017 agreement of $1,000 per month were made on January 2018 in the amount of $6,000 which correspond to payments due for June through November 2017.  Subsequent payments of $1,000 per month were made in February through April 2018 and then again in June through August 2018.  These payments correspond to the amounts due for December 2017 as well as January through May 2018.

A total of $12,000 in payments were made and allocated to the June 2017 fiscal year production agreement which is the amount due but leaves the original credit of $2,600 still on account from the previous years.

My understanding is lacking Board approval of a new contract to govern the June 2018 fiscal year, the previous year's agreement is still in effect on a month-to-month basis.

The next payment made by Disco Amigos is $7,000 in December 2018 which covers the amount due from June 2018 through December 2018 (but still not accounting for the $2,600 credit).  This $7,000 payment corresponds to the timing of an asset purchase by ETDO in the form of a new vehicle which has been questioned as part of this matter.

A $3,000 payment was made January 2019 which would correspond to the current amount due for January 2019 and a pre-payment of amounts due for February and March 2019.

A $1,400 payment was made March 2019 and a $4,200 payment was made April 2019. These payments were intended to cover current and future payments for storage and usage fees although my understanding is the precise monthly amount moving forward had not been determined by the Board pending a new fair-market-value analysis.

No other payments were noted for storage and usage fees after this April 2019 payment.

**Other Payments**

I also observed two other payments related to Disco Amigos and ETDO in 2019.

There is an April 25th, 2019 payment of $1,280 paid directly to Weezmo, LLC which is a storage company vendor of ETDO. This payment should have been made directly from the ETDO account.

There is an April 25th, 2019 payment of $818.30 directly to Insurance Depot for G&L insurance for ETDO. This payment should have been made directly from the ETDO account.

**CONCLUSION**

A point of contention in this matter as I understand it is the advance of the $7,000 in December 2018 used by ETDO for the purchase of the truck. Based upon the above analysis, the $7,000 payment was appropriate at the time to catch-up under the terms of the June 2017 agreement to account for the amounts due to ETDO from June 2018 through December 2018 but-for the apparent rolling overpayment of $2,600 originating in previous fiscal years which may not have been apparent to the parties.

Regarding other transactions:

- ETDO owes Disco Amigos $2,098.30 from the two April payments made from Disco Amigos accounts that should have been from ETDO accounts;

- Disco Amigos has a credit on account in the form of an overpayment from previous years of $2,600 for storage and usage fees paid to ETDO;

- Disco Amigos has paid $5,600 in 2019 for storage and usage fees in 2019 which have yet to be allocated to specific months at specific amounts pending Board approval of an appropriate rate; and,

- The last month for which a storage and usage fee can be reasonably applied is March 2019 meaning April 2019 through current is still outstanding.

This report was prepared in connection with the aforementioned matter and is intended solely for your information. It may be used for purposes of this engagement only and may not be used for any other purposes without my written consent.

I have relied upon information and data provided by you, obtained from third parties, as well as my own professional experience and judgment.

I reserve the right to amend, modify, or supplement my report based upon the receipt of new and/or additional information.

Please let me know if you have any additional questions,

Sincerely,
Robert V. Luby, III, LLC

Trey Luby
*Certified Fraud Examiner*
*Master Analyst Financial Forensics*

*Director*