```
               UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF LOUISIANA
```

ETDO PRODUCTIONS LLC                                    CIVIL ACTION

VERSUS                                                  NO. 19-13184

ALFREDO CRUZ, ET AL                                     SECTION "B"(3)

<u>ORDER</u>

Parties have completed evidentiary presentations in the recently concluded bench trial. All that remains is oral argument and ruling. Accordingly,

**IT IS ORDERED THAT:**

1. **No later than Friday, November 13, 2020** all parties shall submit post-trial memoranda on factual and legal issues;

2. **No later than Friday, November 20, 2020** all parties shall submit replies to post-trial memoranda; **and**

3. Closing arguments shall be received on **Thursday, December 3, 2020** at **2:00 p.m.** via ZoomGov video. The connection link will be sent by the court no later than **Monday, November 30, 2020.**

New Orleans, Louisiana, this 29th day of October 2020

_____
SENIOR UNITED STATES DISTRICT JUDGE