AO 187(Rev. 4/82)

## EXHIBIT LIST

| ETDO PRODUCTIONS, LLC VS. ALFREDO CRUZ, ET AL || DISTRICT COURT<br>Eastern District of Louisiana |
|---|---|---|
| PLAINTIFFS' ATTORNEY<br>JESSICA MICHELLE VASQUEZ | DEFENDANTS' ATTORNEY<br>THOMAS ST. PAUL KEATY, II<br>STEVEN M. HANNAN | CASE NUMBER:<br>19-13184 B |
| | | TRIAL DATES:<br>OCTOBER 26, 2020 THROUGH<br>OCTOBER 29, 2020 |
| PRESIDING JUDGE<br>IVAN L. R. LEMELLE | COURT REPORTER<br>ALEXIS VICE | COURTROOM DEPUTY<br>KIMBERLY A. COUNTY |

| Pla. No. | Def. No. | DATE OFFERED | MKD | ADM | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | | | | | SEE EXHIBIT LISTS ATTACHED |
| | | | | | ADMITTED EXHIBITS: 1 THROUGH 227, 229, 230, 233, 238, 245, 246, 250, 257, 259, 260, 261, 262, 293, 311, 346, 352, 353, 354 AND 355 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | NOTICE FOR REMOVAL OF EXHIBITS DISTRIBUTED |
| | | | | | THROUGH CM/ECF |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __10__ Pages

TABLE OF CONTENTS

PLAINTIFF AND COUNTERDEFENDANT EXHIBITS

| Exhibit # | Page Numbers | Description | Date | Objection |
|---|---|---|---|---|
| 1 | 1-2 | Banking Resolution by Faction | 12/4/19 | No |
| 2 | 3 | Email to Kim req Meeting 9/14/19 | 9/10/19 | No |
| 3 | 4 | Email fr Guercio to Rossi re payment to ETDO | 9/17/19 | No |
| 4 | 5-9 | Goals for DA- Discussion of Chapters-Smart Goals | 6/27/18 | No |
| 5 | 10-12 | Board Nomination and Terms | 4/12/18 | No |
| 6 | 13-16 | Wit and Widsom of Finance Committee | | No |
| 7 | 17-22 | Board Meeting Minutes | 6/18 | No |
| 8 | 23-25 | Board Member Roles | 5/18/14 | No |
| 9 | 26-29 | Email fr Jerry to Board re renting sound equipment | 2/12/14 | No |
| 10 | 31-34 | Board Meeting Minutes | 6/11/13 | No |
| 11 | 35-41 | DASAPC Bylaws Signed | 4/25/13 | No |
| 12 | 42-43 | DA Membership Agreement | 9/24/12 | No |
| 13 | 44 | Email from Denny Bro to Lenaz re signing up. | 6/7/12 | No |
| 14 | 45 | Email re embrodery patch by Bro | 7/26/12 | No |
| | 46 | Denny Bro Quote for TShirt | 7/26/12 | No |
| 15 | 47-50 | Newsletter from Denny Bro | 5/31/12 | No |
| 16 | 51 | Picture of First Practice | | No |
| 17 | 52-54 | Email fr Bro to Rossi encl pic | 8/25/19 | No |
| 18 | 55-58 | Member List for 2012 | | No |
| 19 | 59-60 | Email fr Toni Dennis to DAE | 9/25/19 | No |
| 20 | 61-62 | Cease and Desist -Pastor | 9/10/19 | No |
| | 63-64 | Cease and Desist -Rossi | 9/11/19 | No |
| 21 | 65-66 | Minutes of a Meeting | 7/25/19 | No |
| 22 | 67-69 | Articles of Incorporation DASAPC | 4/20/12 | No |
| 23 | 70-72 | Notice of Change of DASAPC | 9/19/19 | No |
| 24 | 73 | Board of Officers and Terms | 5/24/18 | No |
| 25 | 74 | Facebook Message re different group | 2/29/2020 | No |
| 26 | 75-78 | Ltr fr Faction asking to step down | 9/7/19 | No |
| 27 | 79-88 | Ltr fro Exec Com in response to Faction | 9/13/19 | No |
| 28 | 89-95 | ETDO Services Agreement | 8/17/16 | No |
| | 96-99 | ETDO Services Agreement | 2017 | No |
| 30 | 100-105 | Earhawts and Festigals | 5/2015 | No |
| 31 | 101-105 | Festigals Emails re ETDO and van | 4/17/15 | No |
| 32 | 106-109 | Trixie Minx Contract for Services with ETDO | 3/3/16 | No |
| 33 | 110-120 | Docs regarding services of Girls on the Run | 3/18/15 | No |
| 34 | 121-124 | St. Joseph Parade docs | 4/8/16 | No |
| 35 | 125-174 | ADA Tour de Cure 2016-2020 docs | | No |
| 36 | 175-195 | Kira Hess Birthday Paty docs | 2/8/17 | No |

(admitted — handwritten annotation bracketing exhibits 1–36)


admitted

| | | | | |
|---|---|---|---|---|
| 37 | 196-197 | JC Ellis docs | 1/19/2016 | No |
| 38 | 198-201 | ETDO Productions Secretary of State docs | 2015 | No |
| 39 | 202-203 | Faction performing Krewe for First Respondents | 10/19 | No |
| 40 | 204-206 | Email re rebranding and paricipating in First Responders | 10/9/19 | No |
| 41 | 207-210 | Email re board meeting on 6/10 | 6/16/19 | No |
| 42 | 211 | Email fr Guercio formal resignation | 1/23/19 | No |
| 43 | 212 | Krewe of Poseidon Parade Participation Agreement | 12/10/18 | No |
| 44 | 213 | Email fr Kim declining leadership change | 8/9/19 | No |
| 45 | 214-222 | Secretary of State Change to DASAPC | 9/19/19 | No |
| 46 | 223-224 | Ltr fr Lenaz to Dennis re refund of Bham fees | 12/23/19 | No |
| 47 | 225 | Press Relese regarding different groups | 2/7/2020 | No |
| 48 | 226-227 | Last Dance Party at Krewe of Tucks | 2/22/2020 | No |
| 49 | 228-229 | Disco Amigos Parade Shuttle-Faction Event | 2/19/2020 | No |
| 50 | 230-231 | Krewe of King Arthur Contract | 12/19/19 | No |
| | 232 | Krewe of Nyx Contract | 12/24/19 | No |
| 51 | 233-234 | DA Board Retreat Agenda 2018, | 6/16/2018 | No |
| | 235-240 | Board Meeting Agenda | 6/27/18 | No |
| | 241 | Board Meeting Agenda | 7/25/18 | No |
| | 242-246 | Board Meeting Agenda | 8/22/18 | No |
| | 247-251 | Board Meeting Agenda | 10/24/18 | No |
| 52 | 252 | Email from Guercio re restructuring | 1/17/2019 | No |
| | 253 | Email Fr Guercio/Rossi re ETDO payment | 9/17/19 | No |
| | 254 | Email to Guercio thanking for service | 2/6/19 | No |
| 53 | 255 | Email from Cruz does not agree with dissolution | 3/28/19 | No |
| | 256 | Email from Cruz to Ex Comm | 4/22/19 | No |
| | 257 | Email fro Cruz re stepping down of Lenaz and Camenzuli | 5/16/19 | No |
| | 258-259 | Email fr Camenzuli replying to request to step down | 5/19/19 | No |
| | 260-261 | Email fr Rossi will resign if Lenaz and Camenzuli don't step | 5/19/19 | No |
| | 262 | Email fr Camenzuli stating they would recuse themselves fr v | 5/19/19 | No |
| | 263 | Email fr Cruz re conflict of interest | 5/20/19 | No |
| | 264 | Email fr Janowski to Cruz disagreeing with conflict | 5/20/19 | No |
| | 265 | Email fr Rossi to Kim re request to step down | 5/20/19 | No |
| 54 | 266 | Email fr Janowski to Board re Disco Amigos Birmingham | 7/14/19 | No |
| 55 | 267-268 | Email from Janowski asking Board to identify people for new | 7/22/19 | No |
| 56 | 269 | Email fr Rossi to Jerry to send the ETDO proposal, and to up | 7/30/19 | No |
| 57 | 270-271 | Email fr Jerry re ETDO draft and finances | 8/1/19 | No |
| 58 | 272 | Email btwn Kim/Rossi changing date of meeting | 8/15/19 | No |
| | 273 | Email fr Lenaz to Board, DA Birmingham moving forward | 8/28/19 | No |
| 59 | 274-275 | Email fro Rossi to Naquin fwd Bham Email re DA NOLA an | 8/29/19 | No |
| 60 | 276-278 | Email fr Lenaz to all re changes in DA and ETDO | 9/3/19 | No |
| 61 | 279-280 | Email fr Rossi to all Members re trust issues with Lenaz and | 9/6/19 | No |
| 62 | 281-284 | Faction-Board Minutes | 9/14/19 | No |
| 63 | 285 | Email fr Faction to DASAPC members | 9/16/19 | No |

Page 3

Case 2:19-cv-13184-ILRL-DMD Document 100 Filed 10/29/20 Page 4 of 10

 admitted

| 64 | 286-287 | Email fr Board to Members entitled "Enough is Enough" | 9/17/19 | No |
|----|---------|-------------------------------------------------------|---------|-----|
| 65 | 288-289 | Email fr Janowski to Members re lawsuit and refunding of Bl | 9/23/19 | No |
| 66 | 290-291 | Email re Krewe of Boo | 10/18/19 | No |

Page 4

# Table of Contents
# Defendants' Exhibits

| Exhibit Number | Description | Objection |
|---|---|---|
| 67 | 6.10.19 meeting notes email | N |
| 68 | 2018-2019 Income Statement | N |
| 69 | 1.13.19 balance sheet Disco Amigos | N |
| 70 | 1.23.19 Roy Guercio email | N |
| 71 | 12.10.18 signed contract between Disco Amigos and Krewe of Poseidon 2019 | N |
| 72 | 3.15.19 Income Statement | N |
| 73 | Roy Guercio correspondence | N |
| 74 | Camenzuli email to board re dissolution | N |
| 75 | 8.9.19 Janowski email to board | N |
| 76 | 8.21.19 Board meeting minutes by Janowski | N |
| 77 | 9.7.19 correspondence from board to membership | N |
| 78 | 9.19.19 change of registered agent | N |
| 79 | 12.23.19 letter from former executive committee to Birmingham contingent | N |
| 80 | 2.7.20 Press Release | N |
| 81 | Last Dance Ticket for 2.22.20 | N |
| 82 | 2.19.20 parade shuttle ticket | N |
| 83 | Disco Amigos business card | N |
| 84 | Disco Amigos Instagram page 2020 | N |
| 85 | Krewe of King Arthur contract | N |
| 86 | 7.3.12 Running of the Bulls | N |
| 87 | Nyx contract 12.14.19 | N |
| 88 | 4.18.18 board meeting minutes | N |
| 89 | 5.16.18 board meeting minutes | N |
| 90 | 6.16.18 DA Board retreat agenda | N |
| 91 | 6.27.18 board meeting minutes | N |
| 92 | 7.25.18 board meeting minutes | N |
| 93 | 8.22.18 board meeting minutes | N |
| 94 | 9.26.18 board meeting minutes | N |
| 95 | 10.24.18 board meeting minutes | N |
| 96 | 1.17.19 Roy Guercio email to board | N |
| 97 | 1.23.19 board meeting minutes | N |
| 98 | Exhibit A to 1.23.19 board meeting minutes | N |
| 99 | 2.6.19 Cruz email re Guercio resignation | N |
| 100 | 3.28.19 Cruz email to board | N |
| 101 | 4.22.19 Cruz email to executive board | N |
| 102 | 5.16.19 Cruz email to Camenzuli cc: board | N |
| 103 | 5.19.19 Camenzuli email to board | N |
| 104 | 5.19.19 Rossi email to Camenzuli cc: board | N |
| 105 | 5.19.19 Camenzuli email to Rossi cc: board | N |
| 106 | 5.20.19 Cruz email to Camenzuli cc: board | N |
| 107 | 5.20.19 Janowski email to Cruz | N |
| 108 | 5.20.19 email from Rossi to Janowski cc: board | N |
| 109 | 7.14.19 - 7.22.19 emails Janowski to board | N |
| 110 | 7.30.19 Rossi email | N |
| 111 | 8.1.19 Lenaz email to Rossi cc: board | N |
| 112 | 8.8.19 DocuSign Rossi to Naquin | N |
| 113 | 8.15.19 Rossi email to board | N |
| 114 | 8.15.19 Janowski to Rossi cc: board | N |
| 115 | 8.28.19 Lenaz email to board | N |
| 116 | 9.8.19 email Rossi | N |
| 117 | 8.29.19 Cruz email | N |
| 118 | 8.31.19 Janowski email to Rossi | N |

[Handwritten annotation: "admitted" with bracket spanning exhibits 67–118]

*admitted* {

| | | | |
|---|---|---|---|
| 119 | 9.3.19 Lenaz email to membership | N | |
| 120 | 9.4.19 Sullivan letter to Hussain | N | |
| 121 | 9.5.19 Hussain letter to Sullivan | N | |
| 122 | 9.6.19 correspondence to membership | N | |
| 123 | 9.8.19 Rossi email to Janowski and others | N | |
| 124 | 9.11.19 Cease and Desist to Naquin | N | |
| 125 | 9.13.19 Lenaz email to membership | N | |
| 126 | 9.14.19 minutes of board meeting | N | |
| 127 | 9.16.19 email board to members | N | |
| 128 | 9.17.19 Janowski email to | N | |
| 129 | 9.23.19 Lenaz email to membership | N | |
| 130 | Arthur Hardy MG Guide 2020 listing | N | |
| 131 | 10.18.19 Lenaz email to members | N | |
| 132 | ETDO Invoice-023, 2.1.17 | N | |
| 133 | 6.3.17 ADA Tour De Cure Wild Apricot reminder | N | |
| 134 | 12.14.12 Event Planner Parade Wild Apricot reminder | N | |
| 135 | 4.1.17 Kira Hess Wild Apricot reminder paid event | N | |
| 136 | 6.24.17 Festigal's Stiletto Stroll Parade Wild Apricot reminder | N | |
| 137 | 6.7.17 Lenaz email to various DA members | N | |
| 138 | 4.15.17 Rossi email Lenaz re Lenaz transfers of DA funds to ETDO | N | |
| 139 | 4.21.17 Lenaz and Rossi emails re Lenaz transfers of DA funds to ETDO | N | |
| 140 | 4.25.17 Rossi and Lenaz emails re DA/ETDO transfers of funds | N | |
| 141 | DA Articles of Incorporation | N | |
| 142 | Spreadsheet of first DA classes | N | |
| 143 | 4.19.12 photo of first DA practice | N | |
| 144 | 5.16.12 DA registration with SOS | N | |
| 145 | 5.31.12 DA update re Festigals Stiletto Stroll | N | |
| 146 | 6.1.12 – 6.30.12 Morgan Stanley Smith Barney statement of Denny Bro | N | |
| 147 | 6.5.12 – 6.7.12 emails between Bro and Lenaz | N | |
| 148 | Tee shirt order spreadsheet 6.9.12 – 6.30.12 | N | |
| 149 | 9.24.12 membership agreement | N | |
| 150 | Jan. 2013 email re first parade ride with Carrollton on 1.27.13 | N | |
| 151 | 1.25.13 DA bylaws | N | |
| 152 | 6.11.13 board meeting minutes | N | |
| 153 | 2.12.14 Lenaz correspondence to board | N | |
| 154 | 2.12.14 Mardi Gras budget | N | |
| 155 | 3.14.14 Lenaz email | N | |
| 156 | 5.18.14 DA Board member roles and expectations | N | |
| 157 | 6.18.14 board meeting minutes | N | |
| 158 | 6.1.16 ETDO-DA Production Services Agreement | N | |
| 159 | 6.1.17 ETDO-DA Production Services Agreement | N | |
| 160 | Curriculum vitae of J. Stuart Wood | N | |
| 161 | 11.24.14 DA waiver and release of liability | N | |
| 162 | DA Profit and loss Statements 2012-2014 | N | |
| 163 | DA Finance Committee documents | N | |
| 164 | Board Officers and Terms 5.24.18 | N | |
| 165 | 6.27.19 DA Goals created by Lenaz – Rossi copy | N | |
| 166 | DA financial documents | N | |
| 167 | Jun 2015 to May 2017 Income statement | N | |
| 168 | DA Profit and loss statement Jn 2014 through Apr. 2015 | N | |
| 169 | 9.17.19 Rossi emails with Guercio | N | |
| 170 | 9.10.19 Janowski email to Rossi | N | |
| 171 | 12.3.19 DA board of directors' resolution | N | |
| 172 | Ad for first DA classes | N | |
| 173 | 2.25.16 EMAILS Re: St. Joseph's Parade | N | |
| 174 | 4.8.16 DA check #1167 ETDO St. Joseph Parade | N | |
| 175 | 3.3.16 DA Trixie Minx contract | N | |
| 176 | 7.29.15 ETDO inv. 005 to DA | N | |
| 177 | 2016 Production Services Agreement | N | |
| 178 | 2017 Production Services Agreement | N | |

}

*admitted* {179–227}

| | | |
|---|---|---|
| 179 | 3.11.15 Bro email to Lenaz @ discoamigos.com | N |
| 180 | 4.8.15 Bro email to Lenaz | N |
| 181 | 4.17.15 Save the Date Festigals Stiletto Stroll | N |
| 182 | 5.6.15 emails Casey Fletcher and Bro re GOTR | N |
| 183 | 5.11.15 emails Bro to Lenaz, Jody@GOTR | N |
| 184 | 5.11.15 emails Lenaz to Camenzuli | N |
| 185 | 5.12.14 email Bro to Lenaz, Jody @ GOTR | N |
| 186 | 5.26.15 – 5.27.15 emails Lin with Camenzuli and Lenaz | N |
| 187 | 5.26.15 – 5.28.15 Kenney emails with Lenaz and others re Festigals Stiletto Stroll | N |
| 188 | 3.8.16 lenaz to Cargo | N |
| 189 | 4.9.16 confirmation ADA Tour de Cure | N |
| 190 | 2.8.17 – 4.3.17 Kira Hess party | N |
| 191 | 5.31.17 Wild Apricot DA Event reminder Tour de Cure 2017 | N |
| 192 | 7.10.17 email Mitchell to Lenaz | N |
| 193 | 9.27.18 Lenaz email Lejeune | N |
| 194 | 10.13.18 Lenaz email Marek | N |
| 195 | 11.3.18 Wild Apricot DA Event reminder Tour de Cure 2017 | N |
| 196 | 9.25.19 emails Lenaz to Schoefield, Hunter | N |
| 197 | 2.12.20 emails Lenaz and Hunter | N |
| 198 | 7.28.15 notice re Naughty in Nawlins parade | N |
| 199 | 8.6.15 – 8.10.15 Lenaz emails re Trixie Minx | N |
| 200 | 7.18.15 ETDO invoice 0005 to DA re: Zephyr's Game | N |
| 201 | 4.8.16 ETDO invoice 0011 to ADA re: Tour de Cure 2016 | N |
| 202 | 4.8.15 ETDO invoice 0012 to Crescent Crown re: Tour de Cure 2016 | N |
| 203 | 4.8.16 ETDO invoice 0013 to DA re: St. Joseph's Parade | N |
| 204 | 12.14.16 ETDO invoice 0025 to DA re: Event Planner's Parade | N |
| 205 | 4.3.17 ETDO invoice 0027 to Hess re: birthday party | N |
| 206 | 5.22.17 ETDO invoices 0030, 0031 to Crescent Crown, ADA re: 2017 Tour de Cure | N |
| 207 | 10.13.19 – 10.29.19 ETDO invoices to Crescent Crown, ADA re: 2018 Tour de Cure | N |
| 208 | 6.13.15 ETDO invoice 0002 to DA re: Festigals | N |
| 209 | 5.9.15 ETDO invoice 0001 to GOTR | N |
| 210 | 7.29.15 ETDO invoice 0005 to DA re: Trixie Minx | N |
| 211 | 10.13.19 ETDO invoice 0008 to JC Ellis Elementary | N |
| 212 | 5.25.16 ADA check payment for 2016 ADA Tour de Cure | N |
| 213 | 4.15.16 check Crescent Crown Distributing for 2016 Tour de Cure | N |
| 214 | 4.8.15 Disco Amigo Check paying ETDO for St. Joseph Parade | N |
| 215 | 3.11.17 Receipt DA payment to ETDO productions re: Inv 00025 | N |
| 216 | 4.2.17 Kira Hess Check | N |
| 217 | 10.8.18 – 2.20.18 Wild Apricot notices re 2018 Tour de Cure | N |
| 218 | 10.23.18 checks ADA and Crescent Crown for 2018 Tour de Cure | N |
| 219 | 5.30.18 check Crescent Crown Distributing for 2017 Tour de Cure | N |
| 220 | 8.10.15 Receipt of DA payment inv. ETDO 0002 | N |
| 221 | 8.2.20 Receipt DA payment to ETDO re: inv-00006 | N |
| 222 | 1.21.16 Check from JC Ellis for invoice ETDO 48 | N |
| 223 | 10.2.19 Official seal of LA for ETDO Productions | N |
| 224 | Lenaz email to membership | N |
| 225 | Lenaz emails with Hussain | N |
| 226 | 11..11.16 - 12.8.16 emails Lenaz, Kornhauser and Malo re: Event Planners Parade | N |
| 227 | Board Officers and Terms 5.24.18 | N |
| 353 | Video from Members Meeting | N |
| 354 | Video from Members Meeting | N |
| 355 | Video from Members Meeting | N |
| 283 | 12.20.17 Parade shuttle registration and confirmation | Yes FRE 402, 403 |
| 284 | 2.2.18 Disco Train ticket | Yes FRE 402, 403 |
| 285 | 2.2.18 Parade shuttle ticket | Yes FRE 402, 403 |
| 286 | Correspondence re: first year requirements for performers and support | Yes, FRE 106 |
| 287 | Emails regarding roller-skater party to and from Hudak/Janowski | Yes FRE 402, 403 |
| 288 | 2.12.19 Janowski email | Yes FRE 402, 403 |
| 289 | 2019 stage manager handout from Janowski | Yes FRE 402, 403 |
| 290 | 7.25.19 meeting minutes by Janowski | Yes, FRE 403 |

Page 7

| | | | |
|---|---|---|---|
| | 291 | 2.16.19 parade shuttle ticket | Yes FRE 402, 403 |
| | 292 | 2.15.19 Disco Train ticket | Yes FRE 402, 403 |
| ✓ | 293 | Waiver and Release of Liability 12.18.15 | Yes FRE 402, 403 |
| | 294 | Emails between board 6.9.19 – 6.16.19 | Yes, FRE 403 cumulative |
| | 295 | Support Vehicle build-out notices | Yes FRE 402, 403 |
| | 296 | DA Event Sign Up – help us move | Yes FRE 402, 403 |
| | 297 | Amazon Receipts/orders – bike; 8.24.17; 8.25.17 | Yes FRE 402, 403 |
| | 298 | Receipt 1.15.18 Home Depot – ETDO support vehicles | Yes FRE 402, 403 |
| | 299 | Receipt 10.21.17 Fuel ETDO vehicle - Krewe of Boo | Yes FRE 402, 403 |
| | 300 | Receipt 2.10.17 Lowes – ETDO support vehicle | Yes FRE 402, 403 |
| | 301 | Receipt 2.11.17 Lowes – ETDO support vehicle | Yes FRE 402, 403 |
| | 302 | Receipt 1.18.17 – Home Depot – ETDO support vehicle | Yes FRE 402, 403 |
| | 303 | Receipt 1.12.18 Lowes – ETDO support vehicle | Yes FRE 402, 403 |
| | 304 | Receipt 1.15.18 Home Depot – ETDO support vehicles | Yes FRE 402, 403 |
| | 305 | Receipt 2.3.18 Home Depot – ETDO supplies | Yes FRE 402, 403 |
| | 306 | Receipt 2.5.18 Lowes – ETDO support vehicle | Yes FRE 402, 403 |
| | 307 | Receipt 2.5.18 Home Depot – ETDO support vehicle | Yes FRE 402, 403 |
| | 308 | Receipt 1.20.18 Home Depot – ETDO support vehicles | Yes FRE 402, 403 |
| | 309 | Receipt 1.6.18 Home Depot – ETDO support vehicles | Yes FRE 402, 403 |
| | 310 | 3.15.19 - 6.16.19 board emails | Yes FRE 402, 403 |
| ✓ | 311 | Verified Petition for TRO, Preliminary, Permanent Injunction under | Yes FRE 402, 403 |
| | 312 | 6.23.12 photos from Festigals Stiletto Stroll | Yes, FRE 403 cumulative |
| | 313 | 7.26.12 correspondences Denny Bro and Lenaz | Yes, FRE 403 cumulative |
| | 314 | Feb. 2013 Disco Train Ticket | Yes FRE 402, 403 |
| | 315 | 12.6.13 prototype of DA patch | Yes FRE 402, 403 |
| | 316 | Studio 54 Disco for Dance invitation 2015 | Yes FRE 402, 403 |
| | 317 | 2.21.14 Disco Train ticket | Yes FRE 402, 403 |
| | 318 | 3.1.14 photo Krewe of Tucks | Yes FRE 402, 403 |
| | 319 | 2.21.14 DA Krewe of Cleopatra throw | Yes FRE 402, 403 |
| | 320 | 3.3.14 DA photo Krewe of Orpheus | Yes FRE 402, 403 |
| | 321 | 7.12.14 ticket to Disco Zephyrs Disco Resurrection Night | Yes FRE 402, 403 |
| | 322 | 2.7.15 Disco Train ticket | Yes FRE 402, 403 |
| | 323 | 7.18.15 DA fan with logo memorializing Zephyrs performance | Yes FRE 402, 403 |
| | 324 | 12.1.15 – 12.15.15 Hudak emails re Mardi Gras budget | Yes FRE 402, 403 |
| | 325 | 1.20.15 Atwater request for reimbursement | Yes FRE 402, 403 |
| | 326 | 1.29.16 Disco Train ticket | Yes FRE 402, 403 |
| | 327 | 1.29.16 parade shuttle ticket | Yes FRE 402, 403 |
| | 328 | 1.16.16 sponsor thank you letter Bode | Yes FRE 402, 403 |
| | 329 | 2.16.16 sponsor thank you letter Rockett | Yes FRE 402, 403 |
| | 330 | 2.16.15 sponsor thank you letter Popeyes | Yes FRE 402, 403 |
| | 331 | 2.17.15 sponsor thank you letter Breath | Yes FRE 402, 403 |
| | 332 | 12.17.16 da PUB CRAWL TICKET | Yes FRE 402, 403 |
| | 333 | 11.9.16 – 2.10.17 Kenney emails constituting agreement with Krewe of Olympia | Yes FRE 402, 403 |
| | 334 | 1.13.17 Hudak emails seeking support krewe | Yes FRE 402, 403 |
| | 335 | 1.30.17 Nerds Nola and DA licensing agreement | Yes FRE 402, 403 |
| | 336 | 2.8.17 Hudak emails soliciting performance Disco Dancing Cop | Yes FRE 402, 403 |
| | 337 | 2.17.17 Disco Train Ticket | Yes FRE 402, 403 |
| | 338 | 3.20.17 Hudak email re DA estimate for Crawfish Boil | Yes FRE 402, 403 |
| | 339 | 4.3.17 Deutsches Haus rental agreement with DA | Yes FRE 402, 403 |
| | 340 | Quote Dennis Seafood for DA 4.3.17 crawfish boil | Yes FRE 402, 403 |
| | 341 | J. Stuart Wood trial and deposition testimony 2011-2019 | Yes FRE 402, 403 |
| | 342 | Event Tracker | Yes FRE 402, 403 |
| | 343 | Invoice bookkeeping svc. Sept. – Dec. 2015 | Yes FRE 402, 403 |
| | 344 | Receipt 1.11.18 Home Depot – ETDO support vehicles | Yes FRE 402, 403 |
| | 345 | Calendar entries | Yes FRE 402, 403 |
| ✓ | 346 | DA - Nerds Nola License Agreement | Yes FRE 402, 403 cumulative |
| | 347 | DA St. Joseph Parade contract 2016 | Yes FRE 402, 403 |
| | 348 | 4.16.16 Calendar entry from GSuite re ADA Tour de Cure 2016 | Yes FRE 402, 403 cumulative |
| | 349 | 6.7.17 Lenaz email to various DA members and correspondence re: 2017 Stiletto Stroll | Yes FRE 402, 403 cumulative |
| | 350 | 10.31.18 Abernathy email to Lenaz | Yes FRE 402, 403 cumulative |

| | | | |
|---|---|---|---|
| | 351 | 2017 and 2019 Wild Apricot parade signups | Yes FRE 402, 403 cumulative |
| ✓ | 352 | By-laws of the Disco Amigos Social Aid and Pleasure Club rev. 5.19.2014 | Yes FRE 402, 403 cumulative |
| | 356 | Voicemail from Kim Janowski to Michelle Rossi | Yes FRE 402, 403 |

PLAINTIFF AND COUNTERDEFENDANT'S EXHIBITS WITH OBJECTIONS

| Exhibit # | Page Numbers | Description | Date | Defendants' Objections, Y or N and Basis |
|---|---|---|---|---|
| 228 | 799-802 | Affidavit of Andrea Hemming | | Yes. Hearsay; not based on personal knowledge. |
| 229 | 803-804 | Disco Amigos Charter Notes 1/29/12 | 1/29/12 | Yes. Requested but not produced in disccovery. Hearsay. |
| 230 | 805-810 | DA Meeting Minutes 3/18/12 | 3/18/12 | Yes. Requested but not produced in disccovery. Hearsay. |
| 231 | 811 | Comparison of Services 11/15/12 | 11/15/12 | Yes. Requested but not produced in disccovery. Hearsay. |
| 232 | 812 | Email re facebook and gmail 11/16/11 | 11/16/11 | Yes. Requested but not produced in disccovery. Hearsay. |
| 233 | 813-814 | Go Daddy Receipt | 11/16/11 | Yes. Hearsay. |
| 234 | 815-819 | Email re Sample Logos 2/16/12 | 2/16/12 | Yes. Requested but not produced in disccovery. Hearsay. |
| 235 | 820-822 | Email re Crescent sponsorship 3/2/12 | 3/2/12 | Yes. Requested but not produced in disccovery. Hearsay. |
| 236 | 823-824 | Email re DA ETDO Meeting 3/21/12 | 3/21/12 | Yes. Requested but not produced in disccovery. Hearsay. |
| 237 | 825 | DA Discology 3/23/12 | 3/23/12 | Yes. Requested but not produced in discovery. Hearsay. |
| 238 | 826-828 | Email re DA meeting 3/23/12 | 3/23/12 | Yes. Requested but not produced in disccovery. Hearsay. |
| 239 | 829-831 | Email from Lenaz re Business Card 3/24/12 | 3/24/12 | Yes. Requested but not produced in disccovery. Hearsay. |
| 240 | 832 | Email from Tabb re trademark 4/3/12 | 4/3/12 | Yes. Requested but not produced in disccovery. Hearsay. |
| 241 | 833-835 | Email re Website Brainstorming 2/26/12 | 2/26/12 | Yes. Requested but not produced in disccovery. Hearsay. |
| 242 | 836-837 | Email re business card 4/9/12 | 4/9/12 | Yes. Requested but not produced in disccovery. Hearsay. |
| 243 | 838-839 | Email re Disco Amigos Party 5/9/12 | 5/9/12 | Yes. Requested but not produced in disccovery. Hearsay. |
| 244 | 840-842 | Email from Crider to Lenaz 4/13/12 | 4/13/12 | Yes. Requested but not produced in discovery. Hearsay. |
| 245 | 843 | Email from Lenaz to Nolabulls 5/9/12 | 5/9/12 | Yes. Requested but not produced in discovery. Hearsay. |
| 246 | 844-858 | Emails from info@discoamigos to members 5/24/12-7/27/12 | 5/24/12-7 | Yes. Requested but not produced in discovery. Hearsay. |
| 247 | 859-860 | Email re Disco Amigos 1/29/12 | 1/29/12 | Yes. Requested but not produced in discovery. Hearsay. |
| 248 | 861-862 | Email to Izor re Pinch a Palooza 1/24/13 | 1/24/13 | Yes. Requested but not produced in discovery. Hearsay. |
| 249 | 863-865 | Email fro Lenaz 5/19/19 | 5/19/19 | Yes. Requested but not produced in discovery. Hearsay. Mischaracterization of |
| 250 | 866-869 | Secretary of State documents for ETDO | 7/4/05 | Yes. Hearsay. Improper characterization of evidence. |
| 251 | 870 | Tweet | 11/22/11 | Yes. Requested but not produced in discovery. Hearsay. Cumulative. |
| | 871 | Tweet | 11/19/11 | Yes. Requested but not produced in discovery. Hearsay. Cumulative. |
| | 872, 875, 878 | Tweets | | Yes. Hearsay |
| | 873 | Tweets 4/30/12 | 4/30/12 | Yes. Requested but not produced in discovery. Hearsay. Cumulative. |
| | 874 | Tweet 4/26/12 | 4/26/12 | Yes. Requested but not produced in discovery. Hearsay. Cumulative. |
| | 876 | Tweet 5/3/12 | 5/3/12 | Yes. Requested but not produced in discovery. Hearsay. Cumulative. |
| | 877 | Instagram Post 5/3/12 | 5/3/12 | Yes. Requested but not produced in discovery. Hearsay. Cumulative. |
| | 879, 884-889 | Tweets 11/16/11-6/1/12 | 11-6/1/12 | Yes. Requested but not produced in discovery. Hearsay. Cumulative. |
| | 880-883, 890 | Tweets 11/16/11-6/18/12 | 1-6/18/12 | Yes. Requested but not produced in discovery. Hearsay. Cumulative. |
| | 891 | Screenshot of tweet | | Yes. Hearsay. |
| 252 | 892 | Photo Cinco de Disco | 5/9/12 | Yes. Hearsay. |
| 253 | 893 | Cover photo for facebook | | Yes. Hearsay |
| 254 | 894 | Facebook video message | | Yes. Hearsay. |
| 255 | 895 | Photo of van | | Yes. Hearsay. |
| 256 | 896 | Video information from Windows Explorer | | Yes. Hearsay. |
| 257 | 897 | Picture of van | | Yes. Hearsay. |
| 258 | 898 | Email from Rossi re not rebranding | 2/8/20 | Yes. Hearsay. |
| 259 | 899 | Assignment | 1/15/15 | Yes. Hearsay. Fraud. |
| 260 | 900-914 | DASAPC Licensing Agreement | | Yes. Hearsay |
| 261 | 915 | Letter of Intent with Magic City Disco | 8/9/19 | Yes. Hearsay. Fraud. |
| 262 | 916-919 | Board Meeting Minutes | 7/26/17 | Yes. Hearsay. |
| 263 | 920 | Paystub from ADA check | 10/17/19 | Yes. Hearsay. Fraud. |
| 264 | 921-926 | Operating Agreement for ETDO Productions, LLC | | Yes. Hearsay. |
| 265 | 927-929 | Article for Disco Amigos Birmingham | | Yes. Hearsay. |
| 266 | 930-931 | Email re Krewe of Carrollton | 2/3/20 | Yes. Hearsay. |
| 267 | 932-934 | Emails re receipt for Ooshirts | 5/2/12 | Yes. Hearsay. |
| 268 | 935 | Letter from Rossi re securing DASAPC from "dissolution" | 9/23/19 | Yes. Requested but not produced in discovery. Hearsay. |
| 269 | 936 | Ad 10/29/19 | 10/29/19 | Yes. Requested but not produced in discovery. Hearsay. |
| 270 | 937 | Email to Rossi re accounting | 11/29/16 | Yes. Requested but not produced in discovery. Hearsay. |
| 271 | 938-939 | Email to Ritter re Storage | 4/2/19 | Yes. Requested but not produced in discovery. Hearsay. |
| 272 | 940 | Email from Disco Amigos Bham | 10/6/19 | Yes. Requested by not produced in discovery. Hearsay. Misstates evidence. Impr |
| 273 | 941-942 | Email from Disco Amigos Bham | 9/25/19 | Yes. Requested but not produced in discovery. Hearsay. |
| 274 | 943 | Email from Disco Amigos Bham | 9/16/19 | Yes. Requested but not produced in discovery. Hearsay. |
| 275 | 944-963 | Letter from Faction | 9/6/19 | Yes. Requested but not produced in discovery. Hearsay. |
| 276 | 964-966 | Email to DA from Founders | 9/3/19 | Yes. Requested but not produced in discovery. Hearsay. |
| 277 | 967-969 | Email from Disco Amigos Bham | 8/21/19 | Yes. Requested but not produced in discovery. Hearsay. |
| 278 | 970-972 | Disco Amigos Board | 6-1/23/19 | Yes. Requested but not produced in discovery. Hearsay. |
| 279 | 973 | Screenshot of Rossi accessing Xero | 9/25/19 | Yes. Requested but not produced in discovery. Hearsay. |
| 280 | 974-983 | Emails re "Let's Move Forward Together" | 5/16/19 | Yes. Requested but not produced in discovery. Hearsay. |
| 281 | 984-986 | Emails t/fr Guercio re Board Meeting | 1/20/19 | Yes. Requested but not produced in discovery. Hearsay. |
| 282 | 987-989 | Emails to Jerry from Cruz | 7/26/19 | Yes. Requested but not produced in discovery. Hearsay. |