MINUTE ENTRY
LEMELLE, J.
DECEMBER 3, 2020

JS10: 02:34

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ETDO PRODUCTIONS, LLC | CIVIL ACTION |
| VERSUS | NO. 19-13184 |
| ALFREDO CRUZ, ET AL | SECTION: B |

## NON-JURY TRIAL VIA VIDEO
(Continued from 10/29/2020)

| | |
|---|---|
| Courtroom Deputy: | Kimberly County/Dena White |
| Court Reporter: | Alexis Vice |
| APPEARANCES VIA VIDEO: | Jessica Michelle Vasquez, Counsel for ETDO Productions, LLC, Jerry Lenaz, Francois Camenzuli |
| | Thomas St. Paul Keaty, II and Steven M. Hannan, Counsel for Alfredo Cruz, Michelle Rossi, Michelle Hudak, Marisa Naquin, Sonya Bourgeois, Lisette Bayle, Renee Pastor and Disco Amigos Social Aid and Pleasure Club |

**CLOSING ARGUMENTS**

Case called; all present and ready.
Counsel respond to the Court's inquiries.
Court states opinion.
Counsel shall file motions on any open matters by January 3, 2021. Counsel shall confer with opposing counsel regarding agreements or stipulations prior to filing any motions.
Any issues regarding costs shall be handled by the Clerk of Court.
Judge will retain issue of attorneys' fees, if any motions regarding same are filed.
Court adjourned.