UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**ETDO PRODUCTIONS LLC**                               **CIVIL ACTION**

**VERSUS**                                              **NO. 19-13184**

**ALFREDO CRUZ, ET AL**                                **SECTION "B"(3)**

**ORDER**

While a verdict on liability issues on federal claims was recently rendered, an award for reasonable attorney's fees and statutory damages to the prevailing party was reserved for later consideration. Further, the court invited parties to reply to the declination of supplemental jurisdiction over state law claims. Accordingly,

**IT IS ORDERED** that **no later than Monday, January 4, 2021** the defendants/plaintiffs in counterclaim shall file a post-verdict memorandum, with supporting documentation, containing any supplemental information on open matters pertaining to damages as well as the supplemental jurisdiction issue. **No later than eight (8) days after the filing date of the latter memorandum**, plaintiffs/defendants in counterclaim shall file their response memorandum, with supporting documentation.

Further, counsel for the defendants/plaintiffs in counterclaim shall confer with opposing counsel in a good faith effort to reach either a resolution or stipulation on open quantum/damage issues, reserving all parties' appellate rights on

1

liability/entitlement issues. **No later than Monday, January 4, 2021,** parties shall jointly advise whether they achieved final stipulated agreement on quantum or other matters.

New Orleans, Louisiana this 3rd day of December 2020

_____
SENIOR UNITED STATES DISTRICT JUDGE