MINUTE ENTRY
LEMELLE, J.
FEBRUARY 8, 2021

JS10:  2:13

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ETDO PRODUCTIONS, LLC | CIVIL ACTION |
| VERSUS | NO. 19-13184 |
| ALFREDO CRUZ ET AL | SECTION: B (3) |

## ORAL ARGUMENT VIA VIDEO CONFERENCE

Courtroom Deputy:    Dena White
Court Reporter:      Nichelle Wheeler (via video)

APPEARANCES:    Jessica Vasquez, Counsel for ETDO Productions, LLC, Jerry Lenaz, Francois Camenzuli
Thomas Keaty, II and Steven Hannan, Counsel for Alfredo Cruz, Michelle Rossi, Michelle Hudak, Marisa Naquin, Sonya Bourgeois, Lisette Bayle, Renee Pastor and Disco Amigos Social Aid and Pleasure Club

MOTION REGARDING SUPPLEMENTAL JURISDICTION, DAMAGES, AND ATTORNEYS' FEES (119)

Case called; all present and ready.
Court states the status of the case.
Argument by counsel for the parties.
Defendants' witness:  J. Stuart Wood, sworn, testified.
Plaintiffs object to Mr. Wood being called as a witness, overruled. Mr. Wood allowed to testify.
Defendants offer Mr. Wood's report, admitted.
Plaintiffs' witness: Gerald (Jerry) W. Lenaz, sworn, testified.
Parties to provide supplemental briefing on jurisdiction, damages and attorneys' fees and costs no later than February 18, 2021. Responses to be filed within five (5) days of receipt of opposing supplemental briefing.
Final hearing on motion set for WEDNESDAY, MARCH 3, 2021 at 9:00 a.m.
Court adjourned.