```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

**ETDO PRODUCTIONS LLC**                                    CIVIL ACTION

**VERSUS**                                                  NO. 19-13184

**ALFREDO CRUZ, ET AL**                                     SECTION "B"(3)

<u>**ORDER**</u>

Oral argument via video conference on open matters in the above-captioned matter was held on March 9, 2021. Accordingly,

**IT IS ORDERED** that counsel for the parties shall confer and jointly submit a form judgment based on oral reasons rendered by this Court during the March 9, 2021 hearing and prior hearings. As such, counsel for defendants shall submit the proposed judgment to counsel for the plaintiff <u>**no later than Wednesday, March 10, 2021 by the end of business hours**</u>. Counsel for plaintiff shall submit the proposed judgment with edits to counsel for defendants <u>**no later than Thursday, March 11, 2021 by the end of business hours**</u>. Then, defendants shall submit the final form judgment to this Court <u>**no later than Friday, March 12, 2021 at 12:00 p.m.**</u>

New Orleans, Louisiana, this 9th day of March, 2021

_____
SENIOR UNITED STATES DISTRICT JUDGE