UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**ETDO PRODUCTIONS LLC**  **CIVIL ACTION**

**VERSUS**  **NO. 19-13184**

**ALFREDO CRUZ, ET AL**  **SECTION "B"(3)**

<u>**JUDGMENT**</u>

For oral reasons previously given on the record in prior post-trial hearings,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the "Disco Amigos" word mark and design mark, and all rights and goodwill thereto, are hereby exclusively held by Counterclaimant Disco Amigos Social Aid and Pleasure Club, in full ownership, and Counter-Defendants ETDO Productions LLC, Jerry Lenaz and Francois Camenzuli shall immediately abandon any claim to right or interest in same, including but not limited to expressly abandoning pending service mark applications under Serial Nos. 88/591,114 and 88/591,141 in the United States Patent and Trademark Office;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that based upon this Court's exercise of supplemental jurisdiction over the state law counterclaims, Counter-Defendants Jerry Lenaz and Francois Camenzuli were properly removed from their positions on the board and as executive committee members of the non-profit corporation, Disco Amigos Social Aid and Pleasure Club, due to violations of their fiduciary duty, and accordingly, their replacement by new executive committee members was proper;

1

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that there be Judgment herein in favor of Defendants Alfredo Cruz, Michele Rossi, Michele Hudak, Marisa Naquin, Sonya Bourgeois, Lisette Bayle, Renee Pastor, and Disco Amigos Social Aid and Pleasure Club and Counterclaimant Disco Amigos Social Aid and Pleasure Club and against Plaintiff ETDO Productions LLC and Counter-Defendants ETDO Productions LLC, Jerry Lenaz, and Francois Camenzuli, *in solido*, in the principal sum of $1,901.70 in damages, $4,457.75 in expenses as stipulated to by the parties, plus judicial interest from date of judicial demand, plus $104,000 in reasonable attorney's fees;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Court hereby issues a permanent injunction against Counter-Defendants ETDO Productions LLC, Jerry Lenaz, and Francois Camenzuli from using the "Disco Amigos" word mark and design mark, and any mark confusingly similar thereto, and said Counter-defendants hereby shall surrender the domain name, website, and all other forms of social media in the name of Disco Amigos to Counterclaimant Disco Amigos Social Aid and Pleasure Club.

New Orleans, Louisiana, this 16th day of March, 2021

_(signature)_
SENIOR UNITED STATES DISTRICT JUDGE