# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ETDO PRODUCTIONS, LLC**, <br><br> Plaintiff, <br><br> v. <br><br> **ALFREDO CRUZ**, **MICHELE ROSSI**, **MICHELE HUDAK**, **MARISA NAQUIN**, **SONYA BOURGEOIS**, **LISETTE BAYLE**, **RENEE PASTOR**, and **DISCO AMIGOS SOCIAL AID AND PLEASURE CLUB**, <br><br> Defendants. <br><br> **DISCO AMIGOS SOCIAL AID AND PLEASURE CLUB**, <br><br> Counterclaimant, <br><br> v. <br><br> **ETDO PRODUCTIONS, LLC**, **JERRY LENAZ**, and **FRANCOIS CAMENZULI**, <br><br> Counter-Defendants. | **CIVIL ACTION NO. 19-CV-13184-ILRL-DMD** <br><br> **JUDGE IVAN L.R. LEMELLE** <br><br> **MAGISTRATE JUDGE DANA M. DOUGLAS** |

## CERTIFICATION OF COSTS

Defendant and Counterclaimant Disco Amigos Social Aid and Pleasure Club ("Nonprofit") and Defendants Alfredo Cruz, Michele Rossi, Michele Hudak, Marisa Naquin, Sonya Bourgeois, Lisette Bayle, and Renee Pastor, by and through their attorneys, respectfully submit this Certification of Costs pursuant to LR 54.3.

1. The above-captioned matter came on for a bench trial before Hon. Ivan L.R. Lemelle on October 26 – 29, 2020. In addition, post-trial hearings were held regarding damages, attorneys fees and other matters.

-1-

-2-

2. Judgment was entered on March 17, 2021 in favor of Defendants **MICHELE HUDAK**, **MARISA NAQUIN**, **SONYA BOURGEOIS**, **LISETTE BAYLE**, **RENEE PASTOR**, and **DISCO AMIGOS SOCIAL AID AND PLEASURE CLUB** and Counterclaimant **DISCO AMIGOS SOCIAL AID AND PLEASURE CLUB** and against Plaintiff **ETDO PRODUCTIONS, LLC, and** Counter-Defendants **ETDO PRODUCTIONS, LLC, JERRY LENAZ AND FRANCOIS CAMENZULI** *in solido.* (Doc. 144).

3. The sum of Four Thousand Four Hundred Fifty-Seven Dollars and Seventy-Five Cents ($4,457.75) in costs was stipulated to by the parties. (Doc. 120)

4. The stipulation of costs in the amount of Four Thousand Four Hundred Fifty-Seven Dollars and Seventy-Five Cents ($4,457.75) was incorporated into and made a part of the Judgment. (Doc. 144).

5. The costs stipulated to by the parties are itemized below, and copies of the invoices are attached hereto as Exhibits 1-4.

| Item | Date of Invoice | Exhibit No. | Amount |
| --- | --- | --- | --- |
| Service of Process | 3/23/20 | 1 | $250.00 |
| Service of Process | 3/12/20 | 2 | $350.00 |
| Transcript of Trial proceedings held October 26-29, 2020 | 10/30/20 | 3 | $3,452.50 |
| Transcript of Closing Arguments and Court's Ruling held December 3, 2020 | 12/4/20 | 4 | $315.25 |
| | | **TOTAL** | **$4,457.75** |

-3-

6.    I hereby certify that the above expenses as stipulated to by the parties and incorporated into the judgment are correct and were necessarily incurred.

**RESPECTFULLY SUBMITTED** this 19th day of March, 2021.

                /s/ *Steven M. Hannan*
                Steven M. Hannan (#33878)
                Hannan, Giusti & Hannan L.L.P.
                2201 Ridgelake Drive
                Metairie, Louisiana 70001
                (504) 831-5300
                Email: steven@hghlaw.com

                *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 19, 2021 a copy of the above and foregoing Defendants' Certification of Costs, along with the form Bill of Costs prescribed by the Court, was served upon all known counsel of record via the Court's CM/ECF electronic filing system.

              By: /s/ *Steven M. Hannan*
                      **STEVEN M. HANNAN**