# Steven Hannan

| | |
|---|---|
| **From:** | Jason Broecker <jdbroecker@keatypatentfirm.com> |
| **Sent:** | Thursday, December 31, 2020 11:51 AM |
| **To:** | Steven Hannan; Thomas Keaty; Bella Safro |
| **Subject:** | Fw: Uptown Investigations - Transaction Receipt for $250.00 |

---

**From:** DoNotReply@billing-notification.com <DoNotReply@billing-notification.com>
**Sent:** Monday, March 23, 2020 12:18 AM
**To:** Deborah Graham <dgraham@keatypatentfirm.com>
**Subject:** Uptown Investigations - Transaction Receipt for $250.00


Term ID: 001

## Sale - Approved

| | | | |
|---|---|---|---|
| Date | 03/23/20 | Time | 01:17:17 |
| Method of Payment | Chase | | |
| Entry Method | Manual | | |
| Account # | XXXXXXXXXXX9651 | | |

| | |
|---|---|
| Order ID | 203008 |
| Order Description: | Surveillance 5 hrs for service of process |
| Approval Code | 01527G |
| **Amount** | **$250.00** |


Customer Copy

1