**Steven Hannan**

---

| | |
|---|---|
| **From:** | Jason Broecker <jdbroecker@keatypatentfirm.com> |
| **Sent:** | Thursday, December 31, 2020 11:50 AM |
| **To:** | Steven Hannan; Thomas Keaty; Bella Safro |
| **Subject:** | Fw: Uptown Investigations - Transaction Receipt for $350.00  [SERCICE OF PROCESS OF COUNTERCLAIMS] |

---

**From:** Deborah Graham <dgraham@keatypatentfirm.com>
**Sent:** Friday, March 13, 2020 9:26 AM
**To:** Jason Broecker <jdbroecker@keatypatentfirm.com>; Bella Safro <bsafro@keatypatentfirm.com>; Holly McNaughton <hmcnaughton@keatypatentfirm.com>; Thomas Keaty <tskeaty@keatypatentfirm.com>
**Subject:** FW: Uptown Investigations - Transaction Receipt for $350.00

**From:** DoNotReply@billing-notification.com <DoNotReply@billing-notification.com>
**Sent:** Thursday, March 12, 2020 4:45 PM
**To:** Deborah Graham <dgraham@keatypatentfirm.com>
**Subject:** Uptown Investigations - Transaction Receipt for $350.00


Term ID: 001

## Sale - Approved

| | | |
|---|---|---|
| Date | 03/12/20 | Time 17:44:29 |
| Method of Payment | Chase | |
| Entry Method | Manual | |
| Account # | XXXXXXXXXXXX9651 | |
| | | |
| Order ID | 203006 | |
| Order Description: | Serice of process (Local, Next Day Rush) x 2 | |
| Approval Code | 02900G | |
| **Amount** | **$350.00** | |


Customer Copy