| ST44 Rev. 04/18 Derived from A044 Rev. 04/18 | UNITED STATES DISTRICT COURT For the Eastern District of Louisiana |
|---|---|

INVOICE NO.: 20200061

| | **MAKE CHECKS PAYABLE TO:** |
|---|---|
| Thomas Keaty<br>Keaty Law Firm<br>365 Canal Street<br>Suite 2410<br>New Orleans, LA 70130<br>(504) 481-8024<br>tskeaty@keatypatentfirm.com | Alexis A Vice<br>506 Willard Avenue<br>Houma, LA 70360<br>(504) 589-7777<br>Alexis_Vice@laed.uscourts.gov |

| ☐ CRIMINAL | ☒ CIVIL | DATE ORDERED: 12-04-2020 | DATE DELIVERED: |
|---|---|---|---|

**In the matter of:** 19-13184, ETDO Productions, LLC v Alfredo Cruz, et al

Transcript of Closing Arguments and Court's Ruling held December 3, 2020

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | 65 | 4.85 | 315.25 | | 0.90 | | | 0.60 | | 315.25 |
| 3-Day | | 5.45 | | | 1.05 | | | 0.75 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | | | | | | |
| Misc. | | | | | | | | Misc. Charges | | |
| | | | | | | | | **Subtotal** | | 315.25 |
| | | | | | | | | Less Discount for Late Delivery | | |
| | | | | | | | | Tax (If Applicable) | | |
| | | | | | | | | Less Amount of Deposit | | |
| | | | | | | | | Total Refund | | |
| | | | | | | | | **Total Due** | | 315.25 |

ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: Alexis A. Vice | DATE: 12-04-2020 |
|---|---|

DISTRIBUTION:   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR